AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Kelly, Jane | **2. Court or Organization**<br><br>8th Circuit | **3. Date of Report**<br><br>05/10/2018 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - active status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
111 7th Avenue SE, Box 20
Cedar Rapids, Iowa 52401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Washington University School of Law | August 22-23, 2017 | St. Louis, Missouri | Washington University School of Law Convocation participant | hotel, meal |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust (H) | | | | | | | | | |
| 2. --Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 3. --shares in Cox-Kelly Farms (subchapter S corporation) | F | Dividend | O | W | | | | | |
| 4. --Fidelity Core Account | A | Interest | J | T | | | | | |
| 5. Illinois SURS-traditional benefit plan | A | Interest | J | T | | | | | |
| 6. U.S. Bank, cash accounts | A | Interest | O | T | | | | | |
| 7. ACE Limited | A | Dividend | J | T | | | | | |
| 8. Accenture | A | Dividend | K | T | | | | | |
| 9. Allergan (formerly Actavis) | A | Dividend | | | Sold | 12/01/17 | J | A | |
| 10. Aetna US Healthcare | A | Dividend | K | T | | | | | |
| 11. Amphenol Corp. | A | Dividend | J | T | | | | | |
| 12. Apple Inc | A | Dividend | K | T | | | | | |
| 13. Ashland Inc Sr Note (X) | A | Interest | | | Sold | 06/26/17 | K | A | |
| 14. Berkshire Hathaway | | None | K | T | | | | | |
| 15. CSX Corp | A | Dividend | K | T | | | | | |
| 16. Diageo PLC (X) | A | Dividend | J | T | | | | | |
| 17. Dow Chemical | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Expedia Inc | A | Dividend | J | T | | | | | |
| 19. Exxon Mobil | A | Dividend | J | T | | | | | |
| 20. FDIC Insured Deposit | A | Interest | K | T | | | | | |
| 21. First Republic Bank | A | Dividend | J | T | | | | | |
| 22. Flowserve Corp | A | Dividend | | | Sold | 05/25/17 | J | A | |
| 23. General Electric | A | Dividend | | | Sold | 12/01/17 | J | B | |
| 24. Goldman Sachs | A | Dividend | K | T | | | | | |
| 25. Google Inc. A | A | Dividend | J | T | | | | | |
| 26. Google Inc. C | A | Dividend | J | T | | | | | |
| 27. Iowa State Univ. Bond | A | Interest | K | T | | | | | |
| 28. Ishares MSCI | A | Dividend | J | T | | | | | |
| 29. Ishares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 30. Ishares Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 31. Ishares Emerging Markets | A | Dividend | J | T | | | | | |
| 32. Marriott International Note | A | Interest | K | T | | | | | |
| 33. Mastercard | A | Dividend | K | T | | | | | |
| 34. Nestle | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nextera Energy | A | Dividend | K | T | | | | | |
| 36. Nike | A | Dividend | K | T | | | | | |
| 37. Northern Trust | A | Dividend | J | T | | | | | |
| 38. Ross Stores | A | Dividend | | | Sold | 12/01/17 | K | D | |
| 39. Skyworks Solutions | A | Dividend | J | T | | | | | |
| 40. TJX Companies | A | Dividend | K | T | | | | | |
| 41. United Tech Corp | A | Dividend | K | T | | | | | |
| 42. Univ of Iowa Bond | A | Interest | K | T | | | | | |
| 43. Vanguard CRSP -Grow | A | Dividend | K | T | | | | | |
| 44. Vanguard CRSP- Value | A | Dividend | K | T | | | | | |
| 45. Verizon Comm | A | Dividend | | | Sold | 12/01/17 | K | B | |
| 46. Wyndham Worldwide | A | Dividend | J | T | | | | | |
| 47. Des Moines IA Bond | A | Interest | K | T | | | | | |
| 48. Higher Dimension Research | | None | J | W | | | | | |
| 49. Arrow Electronics | A | Dividend | J | T | | | | | |
| 50. Cedar Rapids, Iowa bond | A | Interest | K | T | | | | | |
| 51. Comcast Corporation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Council Bluffs, Iowa bond | A | Interest | K | T | | | | | |
| 53. Council Bluffs, Iowa bond | A | Interest | K | T | | | | | |
| 54. National Oilwell Varco Inc | A | Dividend | | | Sold | 05/25/17 | J | A | |
| 55. NXP Semi Conductor NV | A | Dividend | | | Sold | 12/01/17 | K | C | |
| 56. The Growth Fund of America | A | Dividend | J | T | | | | | |
| 57. The New Economy Fund | A | Dividend | J | T | | | | | |
| 58. The New Perspective Fund | A | Dividend | J | T | | | | | |
| 59. The SmallCap World Fund | A | Dividend | J | T | | | | | |
| 60. Bank of the West cash account | | None | K | T | | | | | |
| 61. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 62. Checkpoint Software | A | Dividend | J | T | | | | | |
| 63. Pfizer | A | Dividend | J | T | | | | | |
| 64. Abbott Labs | A | Dividend | K | T | | | | | |
| 65. Spirit Lake Comm. Schools | A | Dividend | J | T | | | | | |
| 66. Cedar Rapids Iowa | A | Interest | J | T | | | | | |
| 67. The Hein Celestial Group | A | Dividend | | | Sold | 02/17/17 | J | A | |
| 68. Lockheed Martin Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Johnson and Johnson | A | Dividend | J | T | | | | | |
| 70. FactSet Research Systems | A | Dividend | | | Sold | 12/01/17 | J | B | |
| 71. Chicago Bridge and Iron Co. NV | A | Dividend | | | Sold | 08/10/17 | J | A | |
| 72. Casey's General Stores | A | Dividend | | | Sold | 08/24/17 | J | A | |
| 73. Alibaba Group Holding | A | Dividend | K | T | | | | | |
| 74. AECOM | A | Dividend | J | T | | | | | |
| 75. Thermo Fisher Scientific | A | Dividend | J | T | | | | | |
| 76. PayPal Holdings | A | Dividend | J | T | | | | | |
| 77. Sensata Technologies Holding | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 78. Pioneer Natural Resources | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 79. Volkswagen AG-ADR | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 80. SPDR S&P Biotech | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 81. Highwoods Realty | A | Interest | K | T | Buy | 07/17/17 | K | | |
| 82. University of Iowa Bond | A | Interest | J | T | Buy | 08/18/17 | J | | |
| 83. Microsemi Corp | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 84. International Business Machines | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 85. Citgroup Inc | A | Dividend | J | T | Buy | 12/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Check Point Software Technologies | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 87. BB&J Corporation | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 88. SK Telecom Co | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 89. Shire PLC | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 90. Mondelez International | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 91. Kinberly-Clark Corp | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 92. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/10/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544